UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Gregory Maurice Dereef                                    Docket No. 7:11-CR-59-1BO

**Petition for Action on Supervised Release**

COMES NOW Erik J. Graf, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Gregory Maurice Dereef, who upon an earlier plea of guilty to Possession of a Firearm and Ammunition by a Felon, in violation of 18 U.S.C. §§ 922(g)(1) and 924, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on December 8, 2011, to the custody of the Bureau of Prisons for a term of 72 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Gregory Maurice Dereef was released from custody on August 18, 2016, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Based on the offender's extensive and lengthy history of abusing illegal drugs, it is the recommendation of the probation officer that he be monitored through random urinalysis testing and treatment, if necessary. Further, the probation officer recommends that due to Dereef's personal history and characteristics, he participate in a program of cognitive behavioral therapy.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

2. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton<br>Supervising U.S. Probation Officer | /s/ Erik J. Graf<br>U.S. Probation Officer<br>2 Princess Street, Suite 308<br>Wilmington, NC 28401<br>Phone: 910-679-2031<br>Executed On: October 3, 2016 |

Gregory Maurice Dereef
Docket No. 7:11-CR-59-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this 3 day of October, 2016, and ordered filed and made a part of the records in the above case.

*Terrence Boyle*
Terrence W. Boyle
U.S. District Judge