UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Gregory Maurice Dereef**         Docket No. 7:11-CR-59-1BO

**Petition for Action on Supervised Release**

COMES NOW Erik J. Graf, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Gregory Maurice Dereef, who upon an earlier plea of guilty to Possession of a Firearm and Ammunition by a Felon, in violation of 18 U.S.C. §§ 922(g)(1) and 924, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on December 8, 2011, to the custody of the Bureau of Prisons for a term of 72 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Gregory Maurice Dereef was released from custody on August 18, 2016, at which time the term of supervised release commenced.

On October 3, 2016, Dereef's conditions were modified to include participation in a cognitive behavioral program and participation as required in substance abuse testing and treatment.

On June 22, 2017, Dereef's conditions were modified to include participation in the DROPS programs as a result of a positive urinalysis result for methamphetamine.

On November 30, 2017, a 2-day DROPS sanction request was submitted as a result of a positive urinalysis result for methamphetamine on September 25, 2017. Dereef is scheduled to serve this sanction on January 12, 2018.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On November 16, 2017, Dereef tested positive for amphetamine and methamphetamine. When confronted Dereef declined to admit use of these substances, but acknowledged the veracity of the test.

On November 25, 2017, Dereef was charged with Second Degree Trespassing (17CR59973) and Expired Registration Card or Tag (17CR7121) in New Hanover County District Court in Wilmington, North Carolina. Dereef reported he was visiting his girlfriend and daughter who reside in a Wilmington-based public housing facility when he was notified he remained on a no trespass list from years ago and was summarily charged with Trespassing.

Dereef was confronted about these violations, as well as his dubious employment. Dereef acknowledged he was performing poorly on supervised release, but felt he could improve his efforts and satisfactorily comply with his conditions of supervision.

Dereef was instructed to resume his individual substance abuse treatment and in conversation with his counselor will be placed in group treatment as well. Dereef was instructed to not visit the housing authority property until/unless removed from the no trespass list. Finally, Dereef was instructed to secure employment satisfactory to the probation office which can be adequately verified. In an effort to encapsulate these requirements, as well structure and focus Dereef's life, the probation office recommended he participate in 90 days electronic monitoring under a curfew to be established by his supervising officer.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

Gregory Maurice Dereef
Docket No. 7:11-CR-59-1BO
Petition For Action
Page 2

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 90 consecutive days. The defendant is restricted to his residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer. Except as herein modified, the judgment shall remain in full force and effect.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer

/s/ Erik J. Graf
Erik J. Graf
U.S. Probation Officer
2 Princess Street, Suite 308
Wilmington, NC 28401-3958
Phone: 910-679-2031
Executed On: December 21, 2017

## ORDER OF THE COURT

Considered and ordered this ____ day of _____, 2017, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge